UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

**Case No.:** 2:24-cv-06445-BFM         **Date:** August 5, 2024

**Title:** Landmark Am. Ins. Co. v. Colony Ins. Co., et al.

========================================================================

Present: The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** **(In Chambers) Order to Show Cause re Pro Hac Vice Application (ECF 9)**

On August 2, 2024, Kevin A. Lahm, Esq., submitted an Application to appear pro hac vice on behalf of Plaintiff Landmark Insurance Company. (ECF 9.) Pursuant to the Local Rules of the Central District of California, the pro hac vice Application must designate Local Counsel who (1) is a member of the Bar of this Court, and (2) maintains an office within this District for the practice of law, in which the attorney is physically present on a regular basis to conduct business. C.D. Local Rule 83-2.1.3.4.

Designated Local Counsel (who is also currently listed on the Court's docket as counsel of record in this action), is a member of the California Bar, and the Court's website reflects that she has been admitted to the bar of this Court. She has also signed a statement under penalty of perjury that she maintains an office in the Central District for the practice of law, in which she is physically present on a regular basis in that office to conduct business. However, the address listed on the Application (ECF 9), as well as counsel's address of record on the Court's docket, and on the Court's attorney admission site, all reflect an out of state firm and address.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:**   2:24-cv-06445-BFM   **Date:**   August 5, 2024

**Title:**   Landmark Am. Ins. Co. v. Colony Ins. Co., et al.

The stated purpose of Local Rule 83-2.1.3.4 is to designate Local Counsel "with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom documents may be served." The Local Rule also serves to ensure that there is counsel present in this District who is able to attend any Court proceedings in person.

In an abundance of caution, **no later than August 12, 2024**, Plaintiff is ordered to show cause why the pro hac vice Application (ECF 9) should not be **denied without prejudice**. Providing the Court with a declaration, under penalty of perjury, (1) identifying the location of Local Counsel's office within this District, and (2) affirming that she is physically present at that office "on a regular basis to conduct business," shall be deemed compliance with this Order.

**IT IS SO ORDERED.**


cc:   Counsel of Record
      Kevin A. Lahm, Esq.


Initials of Preparer:   ch