1  Tiffany Saltzman-Jones (State Bar No. 337105)
2         Email: tsj@walkerwilcox.com
          Telephone: 312-244-6709
3  Kevin A. Lahm (*pro hac vice application forthcoming*)
4         Email: klahm@walkerwilcox.com
          Telephone: 312.244.6741
5  1 N. Franklin Street, Suite 3200
6  Chicago, Illinois 60606

7  *Attorneys for Plaintiff*
8  *Landmark American Insurance Company*

9

10                **UNITED STATES DISTRICT COURT**
                  **CENTRAL DISTRICT OF CALIFORNIA**
11

12

13  LANDMARK AMERICAN INSURANCE
    COMPANY, individually and as Subrogee
14  of CAL SELECT BUILDERS, INC.
                                                    **CASE NO.: 2:24-CV-06445-BFM**
15
                                    *Plaintiff,*
16                                                  **DECLARATION OF TIFFANY**
                                                    **SALTZMAN-JONES IN**
17       v.                                         **RESPONSE TO MAGISTRATE**
                                                    **MIRCHEFF'S ORDER TO**
18  COLONY INSURANCE COMPANY and                    **SHOW CAUSE (Doc. 11)**
19  COUNTRY MUTUAL INSURANCE
    COMPANY.
20
21                                  *Defendants.*

22

23       I, Tiffany Saltzman-Jones, in response to Magistrate Judge Brianna Fuller

24  Mircheff's Order to Show Cause (Doc. 11) and in support of the Pro Hac Vice

25  Application of Kevin A. Lahm (Doc. 9), declare as follows:

26       1.    I am over the age of 18 and am legally competent to make this declaration.

27       2.    All matters of fact stated herein are within my personal knowledge and

28  are true and correct.

DECLARATION OF TIFFANY SALTZMAN-JONES

3.      I am an attorney duly authorized to practice law before the courts of the State of California and the United States District Court for the Central District of California.

4.      I am an attorney at the law firm of Walker Wilcox Matousek LLP, attorneys of record for Plaintiff Landmark American Insurance Company in the instant case.

5.      My law firm's primary office is located at One N. Franklin Street, Suite 3200, Chicago, Illinois, 60606.

6.      I am a full-time resident of California and maintain a home office at my residence located at 1620 11th Street, Los Osos, CA 93402, San Luis Obispo County, which is located within Central District of California.  I am physically present in this office on a regular basis to conduct business and for the practice of law.

Dated:      August 5, 2024            WALKER WILCOX MATOUSEK LLP

By: /s/ Tiffany Saltzman-Jones

Tiffany Saltzman-Jones,
(State Bar No. 337105)
One N. Franklin Street, Suite 3200
Chicago, IL 60606

*Counsel for Landmark American Insurance Company*

DECLARATION OF TIFFANY SALTZMAN-JONES